# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLASTIPAK PACKAGING, INC., | ) |
| Plaintiff, | ) |
| v. | ) 2:99-cv-245 |
| FREDERICK PETER DEPASQUALE, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 9th day of April, 2008, upon consideration of a MOTION FOR LEAVE OF COURT TO PERMIT EXECUTION UPON FUNDS TRANSFERRED TO LIFE INSURANCE POLICY (Document No. 153) filed by Plaintiff Plastipak Packaging, Inc.; Defendant's RESPONSE TO MOTION FOR LEAVE OF COURT TO PERMIT EXECUTION UPON FUNDS TRANSFERRED TO LIFE INSURANCE POLICY (Document No. 155), and REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO PERMIT EXECUTION UPON FUNDS TRANSFERRED TO LIFE INSURANCE POLICY (Document No. 156):

Counsel shall participate in a status conference call with the Court on **Friday, April 11, 2008 at 11:30 A.M.** Counsel for Plaintiff shall call counsel for Defendant and thereafter the Court at 412/ 208-7495.

Presently, it appears that oral argument is warranted, and argument (½ hour per side) on the issue(s) is hereby scheduled on **Thursday, April 17, 2008 at 2:30 P.M.** in Courtroom 6C. However, if counsel acknowledge, agree and advise in said conference call that an evidentiary hearing to resolve factual disputes is necessary in order to rule on the pending motion, a hearing

will be scheduled by the Court, with oral argument deferred.

BY THE COURT:

s/  Terrence F. McVerry
United States District Court Judge

cc: Nicholas P. Vari, Esquire
Email: nvari@klng.com
Timothy M. Strong, Esquire
Walter A. Bunt, Jr., Esquire
Email: kleservice@klng.com

Michael R. Plummer, Esquire
Email: mplummer@tcslawfirm.com